No. 896, Misc. BURAGE v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 905, Misc. POLLACK v. MYERS, POST OFFICE INSPECTOR, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Orrick, Alan S. Rosenthal and David A. Ticktin for respondents.

No. 906, Misc. WHITE v. HEARD, CORRECTIONS DIRECTOR, ET AL. Court of Criminal Appeals of Texas. Certiorari denied.

No. 922, Misc. HEATH ET AL. v. DUNBAR, CORRECTIONS DIRECTOR. C. A. 9th Cir. Certiorari denied.

No. 935, Misc. BURRELL v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 968, Misc. McGRATH v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 68. HILL v. UNITED STATES, 368 U. S. 424; and
No. 497, Misc. BISNO ET UX. v. HYDE, 368 U. S. 959. Petitions for rehearing denied.

FEBRUARY 27, 1962.

No. 1084, Misc. MOSS v. JONES, WARDEN. Application for stay of execution and petition for writ of certiorari to the Court of Appeals of Kentucky denied. MR. JUSTICE DOUGLAS is of the opinion that the application for stay and the petition for certiorari should be granted.